No. —, original. EX PARTE WILLIAM CHERRY;

No. —, original. EX PARTE CLARENCE M. BRUMMITT; and

No. —, original. EX PARTE PAUL B. ROUBAY. December 15, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. EX PARTE GEORGE ACRET. December ber 15, 1941. The motion for leave to file petition for writ of mandamus is denied.

No. —, original. EX PARTE G. H. BURNHAM. December 15, 1941. The motion for leave to file petition for writ of mandamus is denied. The rule to show cause is discharged.

No. 16. TOUCEY v. NEW YORK LIFE INSURANCE CO.; and

No. 19. PHOENIX FINANCE CORP. v. IOWA-WISCONSIN BRIDGE Co. December 15, 1941. On page 6 of the opinion in these cases, the words "have *pro tanto* amended" in lines twenty-five and twenty-six are changed to "qualify *pro tanto*." The petitions for rehearing are denied.

Opinion reported as amended, *ante,* p. 133, line 14.